IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA,**

                                              **Plaintiff**

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAR 24 2006
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

v.

ONE DELL OPTIPLEX GXI COMPUTER, SERIAL NO. B8NZC; SEVEN VHS TAPES AND TEN VHS-C TAPES; FIVE BOOKS RELATED TO SEXUAL ABUSE OF CHILDREN; PHOTOGRAPHS; PAPERWORK CONTAINING PASSWORDS, EMAIL ADDRESSES AND SCREEN NAMES; VINYL CASE LABELED OPTHALMIC ASSOCIATES CONTAINING C.D.s; ONE TRAY OF MEMOREX CD-Rs; ONE TDK VHS-C VIDEO TAPE; LETTER ADDRESSED TO GOD TITLED "MY PRAYER"; ONE 3.5 INCH DISK; DOCUMENTS CONTAINING A JOURNAL, EMAIL ADDRESS, WEBSITE ADDRESSES, AND PASSWORDS; DOCUMENTS WITH WEBSITE ADDRESSES AND SCREEN NAMES; THIRTEEN VHS VIDEO TAPES; THIRTEEN CDs; AND ONE CD LABELED "SUMMER",

                                              **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Civil Action No. 3:06-CV-70(TJM/DEP)**

**<u>ORDER DIRECTING ENTRY OF AN UNCONTESTED JUDGMENT OF FORFEITURE</u>**

A verified complaint for forfeiture having been filed with the Clerk of the United States District Court on January 19, 2006, seeking forfeiture of the captioned computer equipment, and a Warrant for Arrest of Articles *In Rem* having been issued by the Clerk of the United States District Court, authorizing and directing the United States Marshal to arrest and detain the defendant computer equipment in its custody, thereby bringing the defendant computer equipment under the jurisdiction of this Court; and all known interested parties having been served by certified mail, return receipt requested, by the United States Marshal with a copy of the Summons, Verified Complaint for Forfeiture,

Notice of Complaint For Forfeiture and Warrant for Arrest of Articles *In Rem* and notice of this forfeiture action and seizure having been published in The Binghamton Press, Binghamton on February 3, 2006, February 10, 2006 and February 17, 2006, and this matter having come on this Court's calendar on March 24, 2006 on the return of the Warrant for Arrest of Articles *In Rem*, and no one having timely filed a Verified Statement of Interest or Right or Answer to the Complaint as required by the Supplemental Rules of Admiralty and Maritime Claims Rule C(6), now, it is hereby

**ORDERED, ADJUDGED AND DECREED,** that all claims with regard to the defendant computer equipment are forever barred; and it is further

**ORDERED, ADJUDGED AND DECREED**, that all right, title and interest to the defendant computer equipment above-captioned be and the same hereby are forfeited to the United States of America, pursuant to Title 18, United States Code, Section 2254, and it is further

**ORDERED, ADJUDGED AND DECREED,** that the United States Marshal shall dispose of the defendant computer equipment in accordance with law, and it is further

**ORDERED, ADJUDGED AND DECREED**, that the costs of this action be borne by the United States of America, and it is further

**ORDERED, ADJUDGED AND DECREED**, that the Clerk shall enter Judgment in accordance with this Order.

Dated: March 24, 2006

HON. THOMAS J. MC AVOY
U.S. DISTRICT JUDGE